

## RECONSIDERATION DOCKET

**96–2819. State v. Hessler.**
Franklin C.P. No. 95CR116906. Reported at 90 Ohio St.3d 108, 734 N.E.2d 1237. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**97–52. State v. Hessler.**
Franklin App. No. 96AP12–1664. Reported at 90 Ohio St.3d 108, 734 N.E.2d 1237. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**99–779. State ex rel. Carlile v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 98AP–316. Reported at 90 Ohio St.3d 20, 734 N.E.2d 780. On motion for reconsideration. Motion denied.

**99–1337. Galmish v. Cicchini.**
Stark App. Nos. 97CA00326 and 97CA00403. Reported at 90 Ohio St.3d 22, 734 N.E.2d 782. On amended motion for reconsideration. Motion denied.

MOYER, C.J., and COOK, J., dissent.

**99–1879. Emerson Elec. Co. v. Tracy.**
Board of Tax Appeals, No. 97–S–1288. Reported at 90 Ohio St.3d 157, 735 N.E.2d 445. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and COOK, JJ., dissent.

**00–660. USX Corp. v. Penn Cent. Corp.**
Cuyahoga App. No. 74755. Reported at 90 Ohio St.3d 1426, 736 N.E.2d 24. On motion for reconsideration. Motion denied.

PFEIFER and COOK, JJ., dissent.

**00–740. Gunnell v. Lazaroff.**
Pickaway App. No. 00CA14. Reported at 90 Ohio St.3d 76, 734 N.E.2d 829. On motion for reconsideration. Motion denied.